**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7080**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JACIE ELIZABETH KYGER,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.   Michael F. Urbanski,
District Judge.  (5:12-cr-00042-MFU-1)

_____

Submitted:  October 15, 2015        Decided:  October 20, 2015

_____

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jacie Elizabeth Kyger, Appellant Pro Se.   Grayson A. Hoffman,
Assistant United States Attorney, Harrisonburg, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacie Elizabeth Kyger appeals the district court's order denying her 18 U.S.C. § 3582(c) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Kyger, No. 5:12-cr-00042-MFU-1 (W.D. Va. June 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED